UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALAN MICHAEL QUINTANILLA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:2:19-cv-00033 |
| | ) | |
| ATEC STEEL, L.L.C., | ) | Demand for Jury Trial |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT**

Now comes the Plaintiff, Alan Michael Quintanilla (hereinafter "Plaintiff"), by and through the undersigned counsel and pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, and files his Motion for Leave to File a First Amended Complaint, and in support states the following:

On or about January 30, 2019 Plaintiff filed its initial Complaint with Demand for Jury Trial against Defendant. On April 2, 2019 this Court entered a Scheduling Order (Doc. 11) stating the parties' deadline to amend their pleadings is August 1, 2019.

Plaintiff now seeks to amend the Complaint to add a Count alleging Retaliation in Violation of the Texas Labor Code §§ 451.001 and a Count alleging Negligence. Because the time for amendment as a matter of right has passed, whether Plaintiff should be allowed to amend his complaint is governed by Federal Rule of Civil Procedure 15(a)(2). Rule 15(a)(2) provides that a plaintiff may amend his pleading only with the opposing parties' written consent or leave of court, which the Court should freely give when justice requires. A court should allow amendment of a

1

pleading except where there is undue delay, bad faith, dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, or futility of the amendment. <u>Peralez v. Express Drilling Fluids, LLC</u>, No. 2:18-CV-00032, 2018 U.S. Dist. LEXIS 226332 at *5, 6 (S.D. Tex. 2018).

Plaintiff's proposed amended complaint, attached hereto as Exhibit A, will not serve to delay this case, nor is the proposed amendment made in bad faith, with any dilatory motive, or will it cause any undue prejudice to Defendants. Accordingly, Plaintiff asks this Court to enter an order granting Plaintiff's Motion for Leave to File an Amended Complaint.

Respectfully Submitted:

*/s/ Abby D. Salzer*
Abby D. Salzer
Admitted Pro Hac Vice
abby.salzer@spielbergerlawgroup.com
Spielberger Law Group
4890 W. Kennedy Blvd. Ste. 950
Tampa, Florida 33609
T: (800) 965-1570 Ext. 104
F: (866) 580-7499

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 17, 2019, the foregoing Plaintiff's Unopposed Motion for Leave to File First Amended Complaint has been electronically filed with the Clerk of the Court utilizing the CM/ECF system, which will automatically send electronic notification of such to the following:

Paul E. Hash
**Jackson Lewis**
500 N. Akard
Suite 2500
Dallas, TX 75201
Paul.Hash@jacksonlewis.com

*/s/ Abby D. Salzer*
Abby D. Salzer

*Counsel for Plaintiff*