United States District Court
Southern District of Texas
**ENTERED**
February 21, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALAN MICHAEL QUINTANILLA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-033 |
| | § | |
| ATEC STEEL, LLC, | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

Pursuant to the parties' Stipulation for Dismissal with Prejudice (D.E. 29), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 21st day of February, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE